1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  MARCELO ILLARMO, MASBN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8944
   Facsimile: (415) 744-0134
6  E-Mail: marcelo.illarmo@ssa.gov

7  Attorneys for Defendant

8

9

10                     **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12  JEROME W. PEPMUELLER, Jr.,,          )
                                         ) Case No.: 2:20-cv-01694-EJY
13            Plaintiff,                 )
                                         ) **DEFENDANT'S NOTICE REGARDING**
14       vs.                             ) **PRODUCTION OF CERTIFIED**
                                         ) **ADMINISTRATIVE RECORD**
15  ANDREW SAUL,                         )
    Commissioner of Social Security,     )
16                                       )
              Defendant.                 )
17  _____)

18

19

20

21

22

23

24

25

26

Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, provides notice to the Court and Plaintiff that an electronic copy of the certified administrative record (e-CAR) has been prepared and can now be filed in this matter. However, the Commissioner advises the Court that, at this time, the Office of Appellate Operations (OAO) is not working at full capacity at its official worksite in Falls Church, Virginia. A limited number of staff is now permitted to physically enter the office to work on a very limited basis. While the e-CAR has been prepared, OAO is still unable to provide CD and hard copies of the CAR—which has typically been required in this Court—with any regularity, given the limited staff and overall volume of cases.

While the Commissioner typically files the e-CAR under seal, as required by the Court, this filing is only accessible to the Court and not by the parties through CM/ECF. However, it is Defendant's counsel's understanding that a new event has been added to CM/ECF which will allow the Commissioner to file the e-CAR under seal and all case participants will have access to the e-CAR. Accordingly, the Commissioner requests that he be permitted to file the e-CAR under seal using this new event ("Certified Administrative Record under seal") and be relieved of the requirement of preparing CD/hard copies of the CAR. This will allow Plaintiff to access the e-CAR through CM/ECF and for the case to move forward without delay.

If the Court does not wish to relieve Defendant of the requirement to prepare CD/hard copies of the CAR, the Commissioner sees no other option than to wait until OAO regains the capacity to provide these additional copies of the CAR, which may possibly require seeking another extension upon the expiration of the current extension, which requires that the Commissioner file the CAR by March 23, 2021. Defendant, however, is ready and able to move forward at this time by filing the e-CAR under seal on CM/ECF.

Dated: January 29, 2021

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2021