CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: marcelo.illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEROME W. PEPMUELLER, Jr., | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:20-cv-01694-EJY |
| v. | ) |
| | ) UNOPPOSED MOTION FOR EXTENSION |
| ANDREW SAUL, | ) OF TIME TO RESPOND TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION TO REMAND (FIRST REQUEST) |
| Defendant. | ) |
| | ) |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file his response to Plaintiff's Motion to Remand due on April 9, 2021 by 14 days, through and including April 23, 2021.

Defendant respectfully requests this additional time because Defendant's counsel needs additional time to determine whether additional briefing is necessary. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on April 8, 2021.

1

2      Dated: April 8, 2021

3                                              Respectfully submitted

4                                              CHRISTOPHER CHIOU
                                               Acting United States Attorney
5
                                               */s/ Marcelo Illarmo*
6                                              MARCELO ILLARMO
                                               Special Assistant United States Attorney
7

8

9                                              IT IS SO ORDERED:

10

11

12                                             UNITED STATES MAGISTRATE JUDGE

13                                             DATED: April 9, 2021

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the

3

foregoing document on the date, and via the method of service, identified below:

4

**CM/ECF:**

5

Leonard Stone     lstone@shookandstone.com

6

Marc V Kalagian     marc.kalagian@rksslaw.com

7

Attorney for Plaintiff

8

9

Dated April 8, 2021

10

_/s/ Marcelo Illarmo_____
**MARCELO ILLARMO**

11

Special Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26