CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEROME W. PEPMUELLER, Jr., | ) |
| Plaintiff, | ) Case No.: 2:20-cv-01694-EJY |
| v. | ) |
| ANDREW SAUL, | ) UNOPPOSED MOTION FOR VOLUNTARY |
| Commissioner of Social Security, | ) REMAND PURSUANT TO SENTENCE |
| Defendant. | ) FOUR OF 42 U.S.C. § 405(g) |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Administrative Law Judge will reevaluate the opinions of record, including those of Dr. Wingeart, consistent with 20 CFR 404.1527 and 416.927; reassess the claimant's residual functional capacity pursuant to 20 CFR 404.1545, 416.945, and Social Security Rulings 85-16 and 96-8p, and proceed with the sequential evaluation as necessary. The Commissioner will conduct any necessary further proceedings and issue a new decision. Defendant further requests that

the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion on April 23.

Dated: April 23, 2021.

                                        Respectfully submitted

                                        CHRISTOPHER CHIOU
                                        Acting United States Attorney

                                        */s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        IT IS SO ORDERED:

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: April 23, 2021